```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 07 B 17424
   EARL E BELL
                                                CHAPTER 13

                                                JUDGE: BRUCE W BLACK

        Debtor
   SSN XXX-XX-0656


------------------------------------------------------------------------------
               TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------------
     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

     1.  The case was filed on 09/25/07 and confirmed on 01/31/08.

     2.  The case was dismissed after confirmation, 10/10/2008.

     3.  The Debtor paid a total of $  14538.47 .

     4.  The Trustee made disbursements to creditors as follows:

------------------------------------------------------------------------------
CREDITOR NAME             CLASS           CLAIM AMOUNT   INTEREST      PRINCIPAL
                                                         PAID          PAID
------------------------------------------------------------------------------
AMERICAS SERVICING CO     CURRENT MORTG         .00          .00            .00
AMERICAS SERVICING CO     MORTGAGE ARRE     3458.42          .00        3458.42
DRIVE FINANCIAL SERVICES  SECURED VEHIC    11795.00       428.01        2314.23
IL DEPT OF HEALTHCARE &   CHILD SUPPORT    64116.95          .00        4434.22
ACCOUNT RECOVERY SERVICE  UNSECURED        NOT FILED         .00            .00
AMERICREDIT FINANCIAL     UNSECURED        NOT FILED         .00            .00
MONTEREY FINANCIAL SVCS   UNSECURED          437.92          .00            .00
ARROW FINANCIAL SERVICES  UNSECURED        NOT FILED         .00            .00
ARROW FINANCIAL SERVICES  UNSECURED        NOT FILED         .00            .00
ASPIRE VISA               UNSECURED        NOT FILED         .00            .00
ASPIRE VISA               UNSECURED        NOT FILED         .00            .00
ASSET ACCEPTANCE CORP     UNSECURED        NOT FILED         .00            .00
CABRERA & ASSOC           UNSECURED        NOT FILED         .00            .00
CAPITAL ONE BANK          UNSECURED         3693.51          .00            .00
CAPITAL ONE BANK          UNSECURED          410.48          .00            .00
CAVALRY INVESTMENTS       UNSECURED        NOT FILED         .00            .00
CERTEGY PAYMENT RECOVERY  UNSECURED        NOT FILED         .00            .00
THE CHICAGO DEPT OF REVE  UNSECURED        NOT FILED         .00            .00
EDWARD HOSPITAL           UNSECURED        NOT FILED         .00            .00
ENTERPRISE                UNSECURED        NOT FILED         .00            .00
------------------------------------------------------------------------------
CREDITOR NAME             CLASS           CLAIM AMOUNT   INTEREST      PRINCIPAL
                                                         PAID          PAID
------------------------------------------------------------------------------
FIRST HUDSON LEASING      UNSECURED        NOT FILED         .00            .00
FRIEDMAN & WEXLER         UNSECURED        NOT FILED         .00            .00
JC PENNEY CO              UNSECURED        NOT FILED         .00            .00
LINEBARGER GOGGAN BLAIR   UNSECURED        NOT FILED         .00            .00
MERRICK BANK              UNSECURED        NOT FILED         .00            .00
NAPERVILLE RADIOLOGISTS   UNSECURED        NOT FILED         .00            .00
NCO FINANCIAL SYSTEMS     UNSECURED        NOT FILED         .00            .00
```

```
NICOR GAS                   UNSECURED    NOT FILED              .00         .00
PROGRESSIVE ASSET MGMT      UNSECURED    NOT FILED              .00         .00
RECEIVABLES MANAGEMENT I    UNSECURED      1350.00              .00         .00
HOUSEHOLD BANK              UNSECURED       550.55              .00         .00
SHORT TERM LOAN             UNSECURED       526.33              .00         .00
US DEPT OF EDUCATION        UNSECURED          .00              .00         .00
VILLAGE OF ROMEOVILLE       UNSECURED    NOT FILED              .00         .00
WEXLER & WEXLER             UNSECURED    NOT FILED              .00         .00
WACHOVIA DEALER SERVICES    UNSECURED      3467.30              .00         .00
WILLIAM D LESLIE SAAG       CHILD SUPPORT     .00               .00         .00
ROUNDUP FUNDING LLC         UNSECURED     10166.59              .00         .00
     Summary of disbursements:
----------------------------------------------------------------------------------
                         SECURED     PRIORITY    UNSECURED      OTHER       TOTAL
----------------------------------------------------------------------------------
TOTAL CLMS ALLOWED      15253.42     64116.95     20602.68        .00    99973.05
PRINCIPAL PAID           5772.65      4434.22          .00        .00    10206.87
INTEREST PAID             428.01          .00          .00        .00      428.01
TOTAL PAID               6200.66      4434.22          .00        .00    10634.88
```

The Debtor's attorney, RONALD D CUMMINGS                , was allowed $   3500.00
and was paid $    426.00   direct and $   3074.00  through the plan.

The Trustee received $     829.59 .

Refunds to the Debtor totaled $        .00 .

　　Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.


Dated: 01/20/09                    /S/
                                   GLENN STEARNS
                                   CHAPTER 13 TRUSTEE


                              PAGE   2
          CASE NO. 07 B 17424 EARL E BELL